| | |
|---|---|
| 1 | Cole, Lether, Wathen & Leid, P.C. |
| 2 | 1000 Second Avenue, Suite 1300<br>Seattle, WA 98104-1082 |
| 3 | (206)622-0494 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ST. PAUL FIRE & MARINE INSURANCE COMPANY, a foreign insurer,

   Plaintiff,

v.

NORTH BY NORTHWEST PRODUCTIONS, INC., a Washington corporation; NORTH BY NORTHWEST, EUROARTS, LLC, a Nevada corporation; and SHULER H. ROBERTSON AND JERRY ROBERTSON, wife and husband.

   Defendants.

No. CV-09-131-LRS

**ORDER ON PLAINTIFF ST. PAUL FIRE & MARINE INSURANCE COMPANY'S MOTION FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)**

**THIS MATTER** came before this Court for hearing upon the Motion of Plaintiff St. Paul Fire & Marine Insurance Company's Motion For Voluntary Dismissal of Action Without Prejudice Pursuant to Federal Rules of Civil Procedure Rule 41(a), the Court considered the files and records herein, is fully advised in the premises and has determined that Plaintiff St. Paul Fire & Marine Insurance Company is entitled to the relief requested.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff St. Paul Fire & Marine Insurance Company's Motion For Voluntary Dismissal of Action Without Prejudice Pursuant to Federal Rules of Civil Procedure Rule 41(a), (Ct. Rec. 10), is **GRANTED** without costs. The file shall be CLOSED in this matter.

DATED this 28th day of  August,  2009.

*s/Lonny R. Suko*
_____
Lonny R. Suko
**CHIEF US DISTRICT COURT JUDGE**

**ORDER ON ST. PAUL'S MOTION FOR VOLUNTARY DISMISSAL - 1**
C:\Documents and Settings\thompson\Local Settings\Temp\notes6030C8\VoluntaryDismissalMotionOrder.wpd

COLE, LETHER, WATHEN & LEID, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494